# EXHIBIT 1

5/28/22, 5:59 PM

Case 2:22-cv-02232-MAK    Document 1-1    Filed 06/06/22    Page 2 of 9
Gmail - You've applied — here's what's next!

 Gmail

**Jamie Shelton <jeshelton595@gmail.com>**

## You've applied — here's what's next!

2 messages

**LU - Admissions Team** <LUOundergrad@liberty.edu>
Reply-To: LUOundergrad@liberty.edu
To: jeshelton595@gmail.com

Wed, May 4, 2022 at 4:13 PM

# Thank You for Your Application, Jeremiah

## Here's what to do next

We think you're going to love being part of the Liberty family, and we're here to walk you through each step. (Keep reading or feel free to call us at (800) 424-9595 now.)

### 1. CLAIM YOUR LIBERTY ACCOUNT

You'll need to claim your account in order to view and submit your admission requirements and get registered once you've been accepted. To do so, you'll need your student ID number. This will be sent to the email address you provided within the next 48 hours.

### 2. REVIEW YOUR ADMISSION REQUIREMENTS

We need a few more documents from you in order to keep moving forward. Find everything you need to know in the link below.

View Admission
Requirements

Submit your remaining admission documents and be accepted by **May 25** to begin classes as early as **June 20**!

### 3. SEND US YOUR TRANSCRIPTS

We've made it simple — visit our Transcript Request webpage, locate any institution(s) you've previously attended, and visit their page to request your official transcripts. If you are unable to locate your previous institution(s), please complete a Transcript Request Form, and we'll attempt to retrieve them on your behalf.

First time attending college? We just need you to fill out this high school self-certification form. Or you may access the form by claiming your Liberty account and logging into ASIST. If using ASIST, go to General Information, Admissions Forms, then High School Self-Certification Form.

### 4. GET A HEAD START ON FINANCIAL AID

**This is important!** Most students use federal financial aid. If you

Admission Checklist

Important Dates &
Deadlines

Finance Your Future

Upcoming Webinars &
Tutorials

Military Benefits

Case 2:22-cv-02232-MAK Document 1-1 Filed 06/06/22 Page 3 of 9

plan on doing so, please submit your Free Application for Federal
Student Aid (FAFSA) using Liberty's school code (010392) as soon
as you can. The sooner you do, the smoother your application
process may go.

We're excited to see how God will use a Liberty education in your
life. Your future is waiting — let's make it happen!

**Your Admissions Team**
**Enrollment Management | Online Programs**



*Liberty University | Training Champions for Christ since 1971*

📞 (800) 424-9595  ✉ LUOundergrad@liberty.edu  💬 Chat Live

Non-discrimination Statement

Liberty University • 1971 University Blvd. • Lynchburg, Va. 24515 • (434) 582-2000
© Copyright 2022 • Liberty University is a Registered Trademark • Privacy Policy
Click here to Unsubscribe

---

**Jamie Shelton** <jeshelton595@gmail.com>                    Wed, May 4, 2022 at 4:15 PM
To: LUOundergrad@liberty.edu

Please don't call me back.

James Shelton
(484) 626-3942
[Quoted text hidden]

# EXHIBIT 2

5/28/22, 6:00 PM

Case 2:22-cv-02232-MAK     Document 1-1     Filed 06/06/22     Page 5 of 9
Gmail - Re: You've applied — here's what's next!

 Gmail

**Jamie Shelton <jeshelton595@gmail.com>**

# Re: You've applied — here's what's next!
3 messages

**luoadmissions@liberty.edu** <luoadmissions@liberty.edu>                    Thu, May 5, 2022 at 8:35 AM
To: jeshelton595@gmail.com

**Student ID: L33074637**
Dear Jeremiah,

Thank you for your email!

I do see that your application to the Bachelor of Science in Criminal Justice has been processed for you. We look forward to helping you through the admissions process.

If you would like to update your communications preferences with us, I encourage you to reach out to us directly either by phone or chat so we may best assist with this.
Liberty University Online is open to serve you by phone, (800) 424-9595, or via live chat (www.liberty.edu/online) weekdays 8 a.m. - 8 p.m. EST (closing 6 p.m. on Wednesday), and Saturdays from 10 a.m. - 6 p.m. EST.

Additionally, your Liberty Account gives you access to your courses, Student Checklist, the Course Registration Tool, and Liberty email--all tools necessary to be a successful student!

To establish your login information, please visit https://www.liberty.edu/claimaccount and click 'Claim Account.' You will then follow the steps outlined.

Once this account is established, important emails will be sent to your Liberty address. To stay connected on the go, you can also link your LU email to your smartphone by following the step-by-step instructions found here: https://www.liberty.edu/online/tutorials/

For assistance with technical issues, you may contact the IT Help Desk at (866) 447-2869. Note this process typically works best in Mozilla Firefox or Internet Explorer.

**Next Steps:**

The Student Checklist is an online tool that allows students to view and submit their outstanding admissions requirements and documents. You can find the Student Checklist here: https://checklist.os.liberty.edu/

You can find common options for financing your education with Liberty University by visiting our Financial Aid Homepage at http://www.liberty.edu/student-financial-services/

Additional information regarding military financing can be found at http://www.liberty.edu/online/military-students/

More financial aid information can also be found at https://www.studentaid.ed.gov

Overviews of the basic cost to attend one of Liberty's online degrees and average financial aid amounts can be found here: http://www.liberty.edu/student-financial-services/online-aid-charts/

If you have any further questions or concerns, please give us a call at 800-424-9595 or chat live. We look forward to helping you meet your educational goals.

Sincerely,

**Liberty University Online**

**Enrollment Management | Online Programs**

 LIBERTY
UNIVERSITY

*Liberty University | Training Champions for Christ since 1971*

---

**From:** jeshelton595@gmail.com
**To:** LUOundergrad@liberty.edu
**Sent:** Wed, May 4, 2022, 06:16 PM EDT
**Subject:** Re: You've applied — here's what's next!

You don't often get email from jeshelton595@gmail.com. Learn why this is important

Please don't call me back.

James Shelton
(484) 626-3942

On Wed, May 4, 2022 at 6:13 PM LU - Admissions Team <LUOundergrad@liberty.edu> wrote:

# Thank You for Your Application, Jeremiah

## Here's what to do next

We think you're going to love being part of the Liberty family, and we're here to walk you through each step. (Keep reading or feel free to call us at (800) 424-9595 now.)

### 1. CLAIM YOUR LIBERTY ACCOUNT

You'll need to claim your account in order to view and submit your admission requirements and get registered once you've been accepted. To do so, you'll need your student ID number. This will be sent to the email address you provided within the next 48 hours.

### 2. REVIEW YOUR ADMISSION REQUIREMENTS

We need a few more documents from you in order to keep moving forward. Find everything you need to know in the link below.

View Admission
Requirements

Submit your remaining admission documents and be accepted by **May 25** to begin classes as early as **June 20**!

### 3. SEND US YOUR TRANSCRIPTS

We've made it simple — visit our Transcript Request webpage, locate any institution(s) you've previously attended, and visit their page to request your official transcripts. If you are unable to locate your previous institution(s), please complete a Transcript Request Form, and we'll attempt to retrieve them on your behalf.

First time attending college? We just need you to fill out this high school self-certification form. Or you may access the form by claiming your Liberty account and logging into ASIST. If using ASIST, go to General Information, Admissions Forms, then High School Self-Certification Form.

Admission Checklist

---

Important Dates & Deadlines

---

Finance Your Future

---

Upcoming Webinars & Tutorials

---

Military Benefits

5/28/22, 6:00 PM

Case 2:22-cv-02232-MAK    Document 1-1    Filed 06/06/22    Page 7 of 9
Gmail - Re: You've applied — here's what's next!

## 4. GET A HEAD START ON FINANCIAL AID

**This is important!** Most students use federal financial aid. If you plan on doing so, please submit your Free Application for Federal Student Aid (FAFSA) using Liberty's school code (010392) as soon as you can. The sooner you do, the smoother your application process may go.

We're excited to see how God will use a Liberty education in your life. Your future is waiting — let's make it happen!

**Your Admissions Team**
**Enrollment Management | Online Programs**



*Liberty University  |  Training Champions for Christ since 1971*

📞 (800) 424-9595    ✉ LUOundergrad@liberty.edu   💬 Chat Live

Non-discrimination Statement

Liberty University  •  1971 University Blvd.  •  Lynchburg, Va. 24515  •  (434) 582-2000
© Copyright 2022  •  Liberty University is a Registered Trademark  •  Privacy Policy
Click here to Unsubscribe

---

**Jamie Shelton** <jeshelton595@gmail.com>                    Sun, May 15, 2022 at 3:12 PM
To: "luoadmissions@liberty.edu" <luoadmissions@liberty.edu>

Please provide me a copy of Liberty University's internal Do-Not-Call Policy. Thank you.
[Quoted text hidden]

---

**luoadmissions@liberty.edu** <luoadmissions@liberty.edu>              Tue, May 17, 2022 at 9:07 AM
To: jeshelton595@gmail.com

**Student ID: L33074637**
Dear Jeremiah,

Thank you for your email and patience!

I have updated the contact preferences on your account; this change will take 24-48 hours to become effective. Please note that you will not be called for any reason.
Your application is valid for a full year from the date you applied.

**-Next Steps**

**Claim Account:** Incase anything changes, your student ID is L33074637 to claim your account. Your Liberty Account gives you access to your courses, Student Checklist, the Course Registration Tool, and Liberty email--all tools necessary to be a successful student!

To establish your login information, please visit https://www.liberty.edu/claimaccount and click 'Claim Account.' You will then follow the steps outlined.

Once this account is established, important emails will be sent to your Liberty address. To stay connected on the go, you can also link your LU email to your smartphone by following the step-by-step instructions found here: https://www.liberty.edu/online/tutorials/

For assistance with technical issues, you may contact the IT Help Desk at (866) 447-2869. Note this process typically works best in Mozilla Firefox or Internet Explorer.

If you have any further questions or concerns, please give us a call at 800-424-9595 or chat live. We look forward to helping you meet your educational goals.

Sincerely,

**Liberty University Online**

**Enrollment Management | Online Programs**



*Liberty University | Training Champions for Christ since 1971*

**From:** luoadmissions@liberty.edu
**To:** luoadmissions@liberty.edu
**Sent:** Mon, May 16, 2022, 03:23 PM EDT
**Subject:** Fwd: Re: You've applied — here's what's next!
[Quoted text hidden]

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S.M.S. X-RAY

FSC MIX Board FSC® C118916

how2recycle.info PAPER POUCH

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



### UNITED STATES POSTAL SERVICE

PRIORITY MAIL

**Retail**

**P**

**US POSTAGE PAID**

**$8.95**

Origin: 79925
06/01/22
4828550097-08

**PRIORITY MAIL 2-DAY®**

0 Lb 13.10 Oz

**1004**

EXPECTED DELIVERY DAY:  06/04/22

C019

SHIP
TO:

601 MARKET ST
PHILADELPHIA PA 19106-1729

**USPS TRACKING® #**

9505 5132 7477 2152 5357 92

■ Expected
■ Most dome
■ USPS Trac
■ Limited inte
■ When used

*Insurance does
Domestic Mail M
** See Internation

**FLAT R**
ONE RATE

**TRACK**

PS000

FROM: James Everett Shelton
316 Covered Bridge Rd
King of Prussia PA 19406

RECEIVED
JUN - 6 2022

TO: Clerk EDPA
U.S. District Court
601 Market St
Room 2609
Philadelphia PA 19106

tions apply).*

estinations.

the

s of coverage.

Package Pickup,
QR code.

M/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.