```
Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE240742
Cashier ID: stomas
Transaction Date: 06/08/2022
Payer Name: JAMES EVERETT SHELTON
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: JAMES EVERETT SHELTON
 Amount:        $402.00
CIVIL FILING FEE- NON-PRISONER
 For: JAMES EVERETT SHELTON
 Amount:        $402.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: JAMES EVERETT SHELTON
 Check/Money Order Num: 285
 Amt Tendered: $804.00
------------------------------------
Total Due:      $804.00
Total Tendered: $804.00
Change Amt:     $0.00

SHELTON V. LIBERTY UNIVERSITY, INC.


SHELTON V. DEIGHAN LAW LLC

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check.
```